AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 26 2026

CLERK, U.S. DISTRICT COURT
By ______________
Deputy

United States of America
v.

Jessie James Franklin

*Defendant(s)*

Case No. 2:26-MJ-237-BR

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 23, 2026 in the county of Potter in the Northern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Sections 922(g)(1), 924(a)(8) | Convicted Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit in support of complaint.

☑ Continued on the attached sheet.

Shea Lichtie
*Complainant's signature*

Shea Lichtie, FBI Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirement of Fed. R. Crim. P. 4.1 by telephone this 26th day of October, 2026.

Date: 10/26/26

Lee Ann Reno
*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

**Affidavit in Support of Complaint**
**Cause Number:**

I, Shea Lichtie, being duly sworn under oath, do hereby depose and state:

1. I am a Task Force Officer with the FBI , and I have been so employed since 2022. I have been employed as a Police Officer with the City of Amarillo since 2008. As part of my official duties, I have conducted and participated in investigations relating to firearms investigations and crimes of violence. As part of my duties and responsibilities as a Task Force Officer, I am authorized to investigate crimes involving firearms, including violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) relating to persons who have been previously convicted of felony offenses who knowingly possess firearms.

2. On October 23, 2026, Amarillo Police Narcotic Officers were assisting in the investigation of a homicide that occurred on October 22, 2026. During the investigation Jessie James Franklin became a person of interest. Amarillo Police Narcotic Officers conducted surveillance on his known residence located at 5205 Sherill in Amarillo, Texas. A 2018 GMC Acadia bearing Texas license plate VYS0654 left the residence. The vehicle was followed until the driver, Stephanie Price, committed a traffic offense. Price was stopped near 14700 Lair Road, Amarillo, Texas. Price denied consent to search her vehicle. An Amarillo Police K9 was called to scene and conducted a free air sniff of the vehicle. The K9 alerted on the vehicle. Officers located 9mm ammunition in the center console and a Ruger pistol in the back of the vehicle under the cargo area. The pistol was wrapped in a hooded sweatshirt. The pistol had a 9mm round chambered

in the firearm. The pistol was identified as a black and silver Ruger 9mm with serial number 316-85728.

3. Franklin was later stopped in a separate traffic stop and was arrested for a class C offense. Franklin was brought to the Amarillo Police Department and was interviewed by homicide detectives. After being *Mirandized*, Franklin admitted the Ruger pistol was his. Franklin admitted he was a felon and was aware he could not possess the firearm.

4. A review of Franklin's criminal history shows he has the following felonies and is not allowed to possess a firearm:

4/11/2017 – Unauthorized Use of a Vehicle Cause number 26846A

4/11/2017 – Theft Property over $30,00 less than $150,000

4/27/2017 – Unlawful Possession Firearm by Felon Cause 73709-C-CR

10/02/2020 – Unauthorized Use of a Vehicle Cause number 30669C

11/30/2022 – Unauthorized Use of a Vehicle Cause number 32033A

5. Ruger is a firearms manufacturer headquartered in Mayodan, North Carolina. According to information available to me, Ruger does not manufacture firearms in the State of Texas. Therefore, prior to Franklin possessing the above firearm, it had necessarily traveled from another state to Texas.

6. Based on the information set forth in the preceding paragraphs, I have probable cause to believe Jessie James Franklin is a previously convicted felon and was in possession of a firearm on October 23, 2026, in violation of Title 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

Shea Lichtie
Task Force Officer
Federal Bureau of Investigation

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 26th day of October, 2026.

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE